# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. ERIC DONALD GRABBER
Case No. *3:13-002-RRB-DMS*

**THE HONORABLE SCOTT A. ORAVEC, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant, Magistrate Judge's Office

## MINUTE ORDER FROM CHAMBERS

**RE: Show Cause as to Why Case should not be transferred to Fairbanks, Docket 8**

Pursuant to proceedings held on January 18, 2013, the government was directed to show cause by January 25, 2013, as to why the above entitled matter should not be transferred to Fairbanks. No notice or objection having been filed, the Clerk is hereby directed to transfer this matter to Fairbanks for all further proceedings with the issuance of a Fairbanks Case number and assignment to the Fairbanks magistrate judge for any pretrial proceedings.

**Entered at the direction of the Honorable Scott A. Oravec, United States Magistrate Judge**

January 28, 2013

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\00 C R I M I N A L\CR 2013\13-cr-002-RRB-DMS GRABBER\13-CR-003-RRB-JDR GRABBER - Order Transferring Case to Fairbanks_mtd.wpd